DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ANTHONY FORREST LONG

Chapter 13
Case No. 06-3-0845 SFC13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $3,793.84 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 007 | CLERK OF THE COURT FOR CACH LLC 370-17TH STREET, STE 5000 DENVER, CO 80202-5690 | $3,793.84 |

Dated:   February 4, 2010

CECILIA MARCELO
Receipts Administrator